455 A.2d 635

**Richard H. YOUNG, Appellant,**

v.

**UNITED STATES FIDELITY & GUARANTY COMPANY.**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1983.

Decided Feb. 1, 1983.

Fred Lowenschuss, Philadelphia, for appellant.

David Faust, Allan C. Molotsky, Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Appeal dismissed. 299 Pa.Super. 237, 445 A.2d 542.